FREEMAN v. DEMOREST. (No. 70.)

(Supreme Court, Appellate Term.   June 6, 1908.)

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Le Roy G. Freeman against Horace E. Demorest. Judgment for plaintiff. From an order denying a motion to vacate the same, defendant appeals. Dismissed.

Argued before GILDERSLEEVE, P. J., and SEABURY and DAYTON, JJ.

Aaron Honig, for appellant.

J. Wilson Bryant, for respondent.

GILDERSLEEVE, P. J.   This appeal comes up from an order denying the defendant's motion to vacate a judgment, claimed by him to have been entered against him in favor of the plaintiff without the service of process.   As we have already disposed of the appeal from the judgment (see appeal No. 86, 110 N. Y. Supp. 1080), it will not be necessary to determine what rights, if any, the defendant had, he having previously appealed from the judgment, to make the motion resulting in the order appealed from.   This appeal will therefore be dismissed, with $10 costs to the respondent.

Appeal dismissed, with $10 costs.   All concur.